## No. 5628.

### JOHN T. MOORE & CO. VS. P. IRWIN.

Any number of persons not less than six may form themselves into an association for literary, scientific, religious, and charitable purposes by notarial act or under private signature, and it is a mistake to say that such association does not exist and cannot have a president and treasurer before the formal Act of incorporation is executed. The payment by one of the subscribers of his subscription to the fund to the President before the Act of incorporation is perfected is a payment which binds the subscriber, and he cannot recover it back, but must receive the shares of stock tendered him by the President after the Act of incorporation is perfected.

APPEAL from the Sixth District Court of New Orleans.    SAUCIER, J.

*McGloin & Nixon* for Plaintiffs Appellants.    *Gilmore & Sons* for Defendant.

MARR, J., delivered the opinion affirming the judgment.